**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**MARY ANN ISOM et al.**                                                                 **PLAINTIFFS**

**v.**                                                 **CIVIL ACTION NO. 3:07-CV-431-H**

**OFFICER ROGER RAMSEY**                                             **DEFENDANT**

**MEMORANDUM OPINION AND ORDER**

Plaintiff Yvette Isom initiated this civil action under 42 U.S.C. § 1983. Upon filing the instant action, she assumed the responsibility of keeping this Court advised of her current address and to actively litigate her claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

Mail addressed to Plaintiff Yvette Isom has been returned to the Court as undeliverable (DNs 40 and 53). Additionally, Plaintiff Yvette Isom has not responded to either summary-judgment motion, and Defendant has informed the Court that Plaintiff Yvette Isom has failed to respond to Defendant's discovery requests. Plaintiff Yvette Isom has not advised the Court of a change of address, and neither notices from this Court nor filings by Defendant in this action can be served on Plaintiff Yvette Isom. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that Plaintiff Yvette Isom has abandoned any

interest in prosecution of this case,

      **IT IS HEREBY ORDERED** that Plaintiff Yvette Isom is **DISMISSED without prejudice** from this action.  <u>The Clerk of Court is directed to terminate Plaintiff Yvette Isom as a plaintiff in this action</u>.

Date:   July 13, 2009

                                            **John G. Heyburn II, Judge**
                                            **United States District Court**

cc:      Plaintiffs, *pro se*
          Counsel of record
4412.009