UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**MARY ANN ISOM et al.**                                                                     **PLAINTIFFS**

**v.**                                                              **CIVIL ACTION NO. 3:07-CV-431-H**

**OFFICER ROGER RAMSEY**                                                                     **DEFENDANT**

### MEMORANDUM OPINION AND ORDER

After the Court directed the amended complaint to be served and after Defendant had answered that complaint, Plaintiff Harrison Isom filed a motion entitled "Motion for Inclusion of Amount of Punitive and Declaratory" (DN 52).  He states in that motion that Defendant put his hands "wrongfully" on his body "and caused much pain to see his sister assaulted in front of [him]."  These allegations are included in the amended complaint and therefore no further amendment is necessary.

Although less than clear, he appears to assert that he has been a victim of a conspiracy of an "occult criminal network by the use of a black girl's voice named Michelle who strikes the resemblance of Mr. Bell's secretary – Michelle."  To the extent that Plaintiff Harrison Isom attempts to add a criminal conspiracy claim to his complaint (DN 52), it is **DENIED**.  Putting aside the questions of whether such an allegation is either coherent or credible and the question of whether it alleges conspiracy with sufficient specificity, the Court has no power to direct that criminal charges be brought.  "It is well settled that the question of whether and when prosecution is to be instituted is within the discretion of the Attorney General."  *Powell v. Katzenbach*, 359 F.2d 234, 235 (D.C. Cir. 1965), *cert. denied*, 384 U.S. 906 (1966); *see also Peek v. Mitchell*, 419 F.2d 575, 577-78 (6th Cir. 1970); *Fleetwood v. Thompson*, 358 F. Supp. 310, 311 (N.D. Ill. 1972).

Finally, Plaintiff Harrison Isom asks for the same damages as former Plaintiffs Mary Ann

Isom and Yvette Isom had asked for.  To the extent that Plaintiff Harrison Isom seeks permission to amend his complaint to state the relief he wants, *i.e.*, $10 million each in punitive and declaratory damage (DN 52), his motion to amend is **GRANTED**.  **IT IS ORDERED** that Defendant shall answer the amended complaint **within 21 days**.

The parties are reminded of the following:

(1)  The parties shall serve upon each party, or their counsel, a copy of each document filed in this action as required by the Federal Rules of Civil Procedure, including a certificate of service stating the date on which a copy was sent to opposing parties.  Any paper received by the Court which has not been filed with the Clerk, or which fails to include a certificate of service, **may be disregarded** by the Court.

(2)  Plaintiff must provide written notice of a change of address to the Clerk and to Defendant's counsel.  *See* Local Rule 5.2(d).

(3)  Plaintiff's failure to notify the Clerk of any address change or failure to comply with this or any subsequent Order of the Court **may result in a dismissal of this case**.

Date:

cc:     Plaintiff Harrison Isom, *pro se*
        Counsel of record
4412.009